Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
   JOHN MICHAEL BENNO

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MICHAEL BENNO,<br><br>     Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>     Defendant. | Case No. 2:21-cv-00495-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME |

The parties hereby stipulate and agree this date of December 13, 2021, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 5, and that Plaintiff's time to move for summary judgment and/or remand be extended from December 6, 2021 to January 5, 2022 with all other deadlines likewise extended. This is Plaintiff's first extension of time.

The good cause supporting this stipulation includes, but is not limited to, that plaintiff's counsel cannot with diligence meet professional standards in the development and presentation of issues. This is because he has received substantial new and material evidence from Mr. Benno's representative in a subsequent claim for disability not yet provided to opposing counsel.

/ / /

/ / /

| | | |
|---|---|---|
| WEEMS LAW OFFICES | | STEPHANIE HINDS, U.S. Attorney<br>SARAH WINSLOW, Regional Chief Counsel,<br>   Region IX, Soc. Sec. Admin.<br>KENDALL REES, Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff | By: | */s/ KENDALL REES*<br>Kendall Rees, (by e-mail)<br>Sp. Asst. U.S. Attorney, Attorneys for Defendant |

**SO ORDERED.**

Dated:  December 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE