PHILIP. A. TALBERT
Acting United States Attorney
CHRISTOPHER HARRIS
Regional Chief Counsel, Region VI
Social Security Administration
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
KENDALL REES WA bar #20030
Special Assistant United States Attorney
    Office of the General Counsel – Suite 350
    Social Security Administration
    1301 Young Street, Mailroom 104
    Dallas, Texas 75202
    Telephone: 214.767.3757
    E-Mail: Kendall.Rees@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOHN MICHAEL BENNO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:21-cv-00495-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Acting Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to

enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 3rd day of January 2022.

Dated: January 3, 2022        /s/ Robert C. Weems*
                              PLAINTIFF'S COUNSEL
                              Attorney for Plaintiff
                              *Authorized via e-mail on January 3, 2022

Dated: January 3, 2022        PHILIP A. TALBERT
                              Acting United States Attorney
                              CHRISTOPHER HARRIS
                              Regional Chief Counsel, Region VI
                              Social Security Administration
                              PETER K. THOMPSON
                              Acting Regional Chief Counsel, Region IX
                              Social Security Administration

                      By:     /s/ Kendall Rees
                              KENDALL REES
                              Special Assistant United States Attorney

                              Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

Dated: January 5, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE